IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 1:07CV00269(ESH) |
| v. | ) ) | |
| MACKENZIE SERVICE CORPORATION a/k/a Mackenzie Service Corp., *et al.* | ) ) ) | |
| Defendants | ) | |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to all Defendants as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/     Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Attorney for the Fund

Date: May 30, 2007

183636-1

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

MACKENZIE SERVICE CORPORATION
a/k/a Mackenzie Service Corp.
55 Moffitt Street
Stratford, CT  06615

MALCOLM L. MACKENZIE
55 Moffitt Street
Stratford, CT  06615

RODERICK J. MACKENZIE
55 Moffitt Street
Stratford, CT  06615

Date: May 30, 2007              /s/    Sanford G. Rosenthal
                                       SANFORD G. ROSENTHAL, ESQUIRE

183636-1